IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Webber, Larry

Printed: 12/28/07

Case Number: 04 B 03029
Judge: Wedoff, Eugene R
Filed: 1/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 7, 2007
Confirmed: April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,349.21 |  |
| Secured: |  | 21,662.69 |
| Unsecured: |  | 5,129.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,394.00 |
| Trustee Fee: |  | 1,621.54 |
| Other Funds: |  | 541.82 |
| Totals: | 30,349.21 | 30,349.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mark D Weisman | Administrative | 1,394.00 | 1,394.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Capital One | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 6. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 7. | General Motors Acceptance Corp | Secured | 3,076.16 | 3,076.16 |
| 8. | Select Portfolio Servicing | Secured | 8,137.35 | 8,137.35 |
| 9. | REO Aqusitions Inc | Secured | 8,329.00 | 8,329.00 |
| 10. | Washington Mutual Bank FA | Secured | 1,494.38 | 1,494.38 |
| 11. | Select Portfolio Servicing | Secured | 625.80 | 625.80 |
| 12. | Washington Mutual Bank FA | Unsecured | 500.00 | 148.16 |
| 13. | Washington Mutual Bank FA | Unsecured | 395.00 | 142.20 |
| 14. | Capital One | Unsecured | 519.42 | 519.42 |
| 15. | ECast Settlement Corp | Unsecured | 665.24 | 665.24 |
| 16. | ECast Settlement Corp | Unsecured | 710.41 | 710.41 |
| 17. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 18. | Capital One | Unsecured | 905.37 | 905.37 |
| 19. | Sir Finance Corporation | Unsecured | 977.00 | 977.00 |
| 20. | Brother Loan & Finance | Unsecured | 1,061.36 | 1,061.36 |
| 21. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 22. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 23. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 24. | Newport News | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Webber, Larry

Printed: 12/28/07

Case Number:  04 B 03029
Judge:  Wedoff, Eugene R
Filed:  1/27/04

```
                          _____      _____
                          $ 28,790.49     $ 28,185.85
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 296.94 |
| 4% | 111.87 |
| 6.5% | 351.87 |
| 3% | 43.44 |
| 5.5% | 352.90 |
| 5% | 51.47 |
| 4.8% | 54.25 |
| 5.4% | 358.80 |
|  | _____ |
|  | $ 1,621.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____